**Bertha A. Schill, appellant, v. Frank Stoney et al., trading as Leon Kirk & Son, appellees. Gen. No. 31,694.**

Trespass. Appeal from order setting aside judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Harry M.

Fisher, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed December 12, 1927. Rehearing denied December 27, 1927.

Frances E. Spooner and Elmer M. Leesman, for appellant. William J. Andrews, for Frank Stoney and Leon Kirk, appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.